# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0332. TRAVIS AMOS WELLBORN v. THE STATE.**

Following the denial of his motion for a new trial, Travis Amos Wellborn filed a pro se notice of appeal in this Court. Given that the purpose of the filing was to seek an appeal, it was docketed as an application for a discretionary appeal. See *Martin v. Williams* , 263 Ga. 707, 708 (1) (438 SE2d 353) (1994) (substance and function, "rather than nomenclature, govern[] pleadings"); OCGA 5-6-30 (requiring that  the Appellate Practice Act be "liberally construed so as to bring about a decision on the merits of every case appealed").

Under OCGA § 5-6-34 (a) (1), direct appeals are permitted from a final judgment in a criminal case — i.e.,  where the case is no longer pending below. Thus, Wellborn has a right to a direct appeal from the trial court's order. Id. This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.

Wellborn shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If he has already filed a notice of appeal in the superior court, then he need not file a second notice. The clerk of the

superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  *04/29/2022*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*